(No. 74-CC-536—Claimant )

COLUMBUS HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 2, 1974.*

COLUMBUS HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-561—Claimant )

FLINK COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 2, 1974.*

FLINK COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.